UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS A. JIMENEZ AVILES,

    Plaintiff,

v.                                                                                                Case No. 6:16-cv-127-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff's attorney, Richard A. Culbertson ("**Culbertson**"), filed an unopposed request to charge Plaintiff attorney's fees. (Doc. 19 ("**Motion**").) Culbertson seeks $11,662.43, equaling 25% of Plaintiff's past-due benefits minus the Equal Access to Justice Act fees awarded, per a contingency agreement. (*Id.* ¶¶ 1, 3.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion. (Doc. 20 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed.[1] Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

---

[1] Defendant filed a response to the R&R, explaining it does not object but notes it has released all past-due benefits to Plaintiff and explains agency procedures should Culbertson be unable to collect attorney's fees from Plaintiff. (*See* Doc. 21, p. 2.)

-1-

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 20) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 19) is **GRANTED.**

3. Richard A. Culbertson is **AUTHORIZED** to charge Plaintiff Carlos A. Jimenez Aviles $11,662.43 in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 4, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record